1.

United States District Court
Southern District of West Virginia

Foster -V- U.S. Social Security Administration
Disability Determination Section

Complaint

2:14-29206

FILED
- 2 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

I was diagnosed w/ Affective and Somatoform disorders in around 2007. I was found permanently disabled and put on SSD. That very day I determined in myself to better my self-admittedly terrible existence, and have made tremendous improvements in these last 7 years, but the fight is not over, and I am continually harassed, demeaned, and threatened by noticeable (people I notice from the SSA) employees of the SSD, DDS. These negative encounters have been the cause for several relapses, and terrible emotive, behavioral, and thought disturbances (i.e. lashing out etc). Even though I was diagnosed as a permanent victim of these disorders; I have had 2 Evaluations scheduled for my continuance of

2.

recieving benefits. This is against 42 USC 421. The anxiety these actions are causing is the reason for terrible mental, emotional, and of course physical pain. The employees of this section of the SSA are being very neglegient, irresponsible, and harmful; if they would take the time to read my case, view the video of my hearing or both they would know the harm they are causing which is why I am filing this suit for the said amount.

Sincerely<br>
Carl C. Foster<br>
12/1/14

I allege this behavior is due to disability & religious discrimination also attainder & reprisal. There is a strong sense of negativity I sense from many of these individuals.

I allege collusion and RICO violations. The number of run-ins along w/ the times of these run-ins gives me reason to believe my allegations are very reasonable. The relentlessness and covert nature makes it diffult to ignore the want to cause me harm.

Sincerely
Carl C. Foster
12/1/14

Also the SSA DDA expects me to submit to care from a physician I did not select which is a human rights violation. My doctor and I are working very hard to achieve my returning to health. I have done no research on this doctor and have no confidence in him, and do not trust that he is able to continue the quality of healthcare I

4

am recieving w/ my doctor (mentally, physically, and emotionally) so any contact would only serve to spring up negativity which leads to more difficulty in the patient this is not desirable, and will not happen

Sincerely
Carl C Foster
12/2/14